UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**EDRA D BLIXSETH**,<br><br>Debtor. | Case No. **09-60452-7** |
| **RICHARD SAMSON** and **ROSS P RICHARDSON**,<br><br>Plaintiffs.<br><br>-vs-<br><br>**CINCINNATI INSURANCE COMPANY**,<br><br>Defendant. | Adv No. **11-00014** |

# O R D E R

At Butte in said District this 12th day of March, 2012.

In accordance with the Memorandum of Decision entered in the above-referenced bankruptcy case on this same date,

IT IS ORDERED that Cincinnati's Motion in Limine to Preclude Evidence of Attorneys' Fees Damages filed November 1, 2011, at docket entry no. 112, Cincinnati's Motion in Limine to Preclude Evidence Relating to Estoppel filed November 1, 2011, at docket entry no. 113, and Cincinnati's Motion for Partial Summary Judgment filed November 1, 2011, at docket entry no. 115, are denied as moot.

IT IS FURTHER ORDERED that Samson's Request for Judicial Notice filed January 6,

1

2012, at docket entry no. 191 is denied as tardily filed.

BY THE COURT

*Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2