Eric Edward Nord
Harlan B. Krogh
Crist, Krogh & Nord, LLC
2708 First Avenue North, Suite 300
Billings, MT 59101
enord@cristlaw.com
hkrogh@cristlaw.com

Nancy K. Tordai
Peters & Nye LLP
14 Executive Court, Suite 2
South Barrington, Illinois 60010
nancytordai@petersnye.com

*Attorneys for Defendant,*
*The Cincinnati Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br>EDRA D. BLIXSETH,<br>    Debtor. | No. 09-60452-7 |
| RICHARD SAMSON and ROSS P. RICHARDSON<br>    Plaintiffs,<br><br>    v.<br><br>CINCINNATI INSURANCE COMPANY,<br>    Defendant. | Adversary No. 11-00014-RBK |

## DEFENDANT'S APPLICATION FOR TAXATION OF COSTS

Judgment having been entered in the above-entitled action on March 12, 2012 against

Plaintiffs Richard Samson and Ross P. Richardson, the Clerk is asked to tax the following as

costs:

Fees of the Clerk [See Ex. A]                                    $  **750.00**
     [Pro Hac Vice fee – Edra Blixseth bankruptcy matter $250.00]
     [Pro Hac Vice fee – Yellowstone Club World          $250.00]
     [Pro Hac Vice fee – Edra Blixseth Adversary matter  $250.00]


Fees for Service of Summons and Subpoenas                        $  **151.00**
Subpoenas Served: [See Ex. B]
     [Gary Deschenes                        $75.00]
     [LAWCO (Yellowstone Development)       $38.00]
     [Yellowstone Mountain Club             $38.00]


Subpoenaed Witness Fees: [See Ex. C]                             **$30.00**


     [John Amsden                           $10.00]
     [Stephan Garden                        $10.00]
     [Gary Deschenes                        $10.00]


Fees for Witnesses: [See Ex. D]                                  **$2,777.32**

| Name | Attendance | Subsistence | Mileage | Airfare | Hotel | Total Cost |
|---|---|---|---|---|---|---|
| Victor Peters | 3 days at $40 | 102.00 | 11.65 | 1619.60 | 267.00 | 2120.25 |
| Robert Phillips | 3 days at $40 | 136.50 | 133.20 | n/a | 267.37 | 657.07 |


Fees of the court reporter for all or any part of the transcript necessarily
Obtained for use in the case:  [See Ex. E]                       **$21,425.40**


     [Trial Transcript – December 1, 2011
     Nordhagen Court Reporting            $3,009.00]


     [Trial Transcript – December 12, 2011
     Nordhagen Court Reporting            $1,458.00]


     [Deposition Transcript – August 11, 2011
     Ross Richardson                      $1,960.85]


     [Deposition Transcript – August 12, 2011
     Stephan Garden                       $2,691.35]

2

[Deposition Transcript – August 31, 2011
Gary Deschenes                              $993.55]

[Deposition Transcript – September 2, 2011
Richard Samson                              $1,915.35]

[Deposition Fee – September 12, 2011
Edra Blixseth                               $200.00]

[Deposition Fee – September 16, 2011
Edra Blixseth                               $200.00]

[Deposition Transcript – October 26, 2011
Michael Black                               $3,046.75]

[Deposition Transcript – September 9, 2011
John Amsden                                 $878.30]

[Deposition Transcript – September 8, 2011
Victor Peters and Connie Hennigan           $321.50]

[Deposition Transcript – September 28, 2011
Edra Blixseth                               $1541.50]

[Deposition Transcript – October 28, 2011
James R. Murray                             $3209.25]

Fees for exemplification and copies of documents or          **$3,351.32**
Items necessarily obtained for use in the case [See Ex. F]

Fees and Disbursements for Printing [See Ex. G]              **$683.85**

Docket fees under 28 U.S.C. § 1923                           **$20.00**
        For Trial.

Fees charged by Plaintiff for deposition of Plaintiff's
Expert Witnesses: [See Ex. H]                                **$5,450.00**

[Michael Black                  $1,400.00]
[James Murray                   $4,050.00]

                                             **TOTAL: $34,638.89**

3

## DECLARATION
## 28 U.S.C. §§ 1746(2), 1924

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  Documentation is attached for all requested costs.  A copy of this taxation of costs was served electronically by ECF notice.

DATED this 19th day of March, 2012.

By: /s/ Eric E. Nord
         Eric E. Nord
         Harlan B. Krogh
         Crist, Krogh & Nord, LLC
         2708 First Avenue North, Suite 300
         Billings, MT 59101


By:   /s/ Nancy Tordai
         Peters & Nye LLP
         14 Executive Court, Suite 2
         South Barrington, IL  60010


*Attorneys for The Cincinnati Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

      I, the undersigned certify under penalty of perjury that a copy of the within and foregoing document was served electronically by ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition, service by mailing a true and correct copy, first class mail postage prepaid was made to the following persons/entities who are not ECF registered users:

None.

/s/ Eric E. Nord
Eric E. Nord
